IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
15 AUG 26 PM 1: 14
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:15PO74 |
| | ) | |
| Lindsi B. Schall | ) | |
| | ) | |

### ORDER TERMINATING PROBATION

The above named was placed on Probation on 7/22/2015 for a period of six months. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 26th day of August, 2015

Sharon L. Ovington
Chief United States Magistrate Judge